AO 450 (Rev. 5/85) Judgment in a Civil Case

# United States District Court

WESTERN DISTRICT OF NEW YORK

| | |
|---|---|
| Jackson Burnett | **JUDGMENT IN A CIVIL CASE** |
| | CASE NUMBER: 02-CV-265 |
| v. | |
| John Burge | |

☐ **Jury Verdict**.  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court**.  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that the petition for habeas corpus relief is denied in its entirety.  Further, a certificate of appealability will not issue.


Date: September 29th, 2005                    RODNEY C. EARLY,
                                              CLERK

                                     By:    s/Deborah M. Zeeb
                                               Deputy Clerk